**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neuromechanical Innovations, LLC )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>Manna Omni International, Inc. )<br>)<br>        Defendant. )<br>_____ ) | No. 09-CV-0680-PHX-PGR |

Having received the parties' joint Motion for Extension of Time for Plaintiff's Claims Construction Brief and Evidence (Doc. 22) and for good cause shown,

IT IS HEREBY ORDERED GRANTING the motion. (Doc. 22) The deadline for the Plaintiff to submit its proposed claim construction for all terms for which it seeks construction, including all intrinsic and extrinsic evidence (including expert testimony) supporting its proposed construction, is extended from December 30, 2009 to January 15, 2010.

DATED this 23rd day of December, 2009.

_____
Paul G. Rosenblatt
United States District Judge