**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Neuromechanical Innovations, LLC ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Manna Omni International, Inc. ) <br> ) <br> Defendant. ) <br> _____ ) | No. 09-CV-0680-PHX-PGR |

Pursuant to the Notice of Settlement filed by the parties according to Rule 40.2(d) of the Rules of Practice for the United States District Court for the District of Arizona (Doc. 25),

IT IS HEREBY ORDERED setting a status conference for **Monday, February 22, 2010, at 11:00 a.m.** The status conference will be vacated upon the filing of the final dismissal of all parties and claims.

DATED this 19th day of January, 2010.

Paul G. Rosenblatt
United States District Judge