Brian W. LaCorte (Bar No. 12237) bwl@gknet.com
Donna H. Catalfio (Bar No. 21827) dhc@gknet.com
Andrea Nicholson (Bar No. 026520) andrea.nicholson@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500

*Attorneys for Defendant/Counterclaimant Manna Omni International Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Neuromechanical Innovations, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Manna Omni International Inc., a California corporation,<br><br>Defendant. | NO. CV09-00680-PGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Manna Omni International Inc., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Neuromechanical Innovations, LLC, an Arizona limited liability company,<br><br>Counterdefendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action, including all claims and counterclaims asserted therein, shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs. The parties hereby request that the Court retain jurisdiction of this matter to enforce the terms of the parties' settlement agreement in the United States.

RESPECTFULLY SUBMITTED this 19th day of January, 201010.

GALLAGHER & KENNEDY, P.A.


By /s/ Donna H. Catalfio
   Brian W. LaCorte
   Donna H. Catalfio
   Andrea Nicholson
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
   *Attorneys for Defendant/*
   *Counterclaimant Manna Omni*
   *International Inc.*


VENABLE, CAMPILLO, LOGAN &
MEANEY, P.C.


By /s/ John C. Mascari
   John C. Mascari
   Anthony D. Logan
   1938 East Osborn Road
   Phoenix, Arizona 85016
   *Attorneys for Plaintiff/Counterdefendant*
   *Neuromechanical Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony D. Logan
John C. Mascari
Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
*Attorneys for Plaintiff/Counterdefendant*

By: /s/Jeanette Burkey