# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neuromechanical Innovations, LLC, | ) |
| Plaintiff, | ) No. CV-09-0680-PHX-PGR |
| vs. | ) |
| Manna Omni International, Inc., | ) ORDER |
| Defendants. | ) |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. #27),

IT IS ORDERED that this action is dismissed in its entirety with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retained jurisdiction of this action for the sole purpose of enforcing the parties' settlement agreement in the United States.

IT IS FURTHER ORDERED that the status conference set for February 22, 2010 is vacated.

DATED this 19th day of January, 2010.

Paul G. Rosenblatt
United States District Judge